Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-11669-G

| Caption: | |
|---|---|
| WARREN FORD | District and Division: Southern Dist of Alabama |
| | Name of Judge: R. Austin Huffaker, Jr. |
| V. | Nature of Suit: Unlawful Seizure and Excessive Force |
| | Date Complaint Filed: Jan. 14, 2021 |
| ERICK SMITHERMAN | District Court Docket Number: 21-00029 |
| | Date Notice of Appeal Filed: May 16, 2023 |
| | ☐ Cross Appeal ☐ Class Action |
| | Has this matter previously been before this court? ☐ Yes ☒ No |
| | If Yes, provide |
| | (a) Caption: |
| | (b) Citation: |
| | (c) Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☒ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Ronnie L. Williams | 814 St. Francis Street<br>Mobile, AL 36602 | (251) 432-6985<br>(251) 432-6987<br>ron@williams-llc.com |
| For Appellee:<br>☐ Plaintiff<br>☒ Defendant<br>☐ Other (Specify) | Fred Lee Clements, Jr. | PO Box 238<br>Montgomery, AL 36101 | 334-262-1850<br>Fax: 334-262-1772<br>fclements@wmwfirm.com |
| | Richard Warren Kinney, III | 880 Montclair Road; Suite 175 | 205-322-1744<br>205-324-1750<br>wkinney@pphlaw.net |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question | ☒ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $300,000 |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☒ Summary Judgment | Awarded: $0.00 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary ☐ Granted |
| | | ☐ Other | ☐ Permanent ☐ Denied |

Page 2

11th Circuit Docket Number: 23-11669-G

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☒ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☒ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☒ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☐ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☒ No
(b) Among circuits? ☐ Yes ☐ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

That Appellant failed to establish the existence of a constitutional violation

That police officers were in a position to intervene on the failure-to-intervene claim

That Appellant failed to show the amount of force used was unreasonable

That Appellant failed to show that his arrest was unlawful

That District Court erred in denying Appellant's Summary Judgment Motion

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 22nd DAY OF June _____ , _____ .

Ronnie L. Williams
NAME OF COUNSEL (Print)

[signature]
SIGNATURE OF COUNSEL